■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDMOND MALDONADO, by SALLY MENDOLA, Appellant, v STEPHEN DALSHEIM, as Superintendent of the Ossining Correctional Facility, et al., Respondents.— Appeal from a judgment of the Supreme Court, Westchester County, entered May 12, 1980, dismissed, without costs or disbursements. The petitioner has been restored to parole. Damiani, J. P., Mangano, Gulotta and Weinstein, JJ., concur.